UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**FILED - GR**
August 7, 2025 12:56 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MKC   SCANNED BY: ____ /8/8

Marcus Rechorde Timmons   #972749

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If
you cannot list all plaintiffs in the space provided, please write "see attached" and list all
names on an additional page.)

v.

Michigan Department of Corrections

C/o Rife — C/o Lenix - C/o osland — C/o valiqutte

Prison psychologist

**2:25-cv-188**
**Phillip J. Green**
**U.S. Magistrate Judge**

(Enter above the full name of the defendant(s) in this action.  If you cannot list all defendants
in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I.  **Previous Lawsuits**
**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals
to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses
are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the
questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay
the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A.  Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☐   No ☒

B.  If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5
below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1.  Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit
was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

_____

2.  Is the action still pending?         Yes ☐   No ☐

a.  If your answer was no, state precisely how the action was resolved: _____

_____

3.  Did you appeal the decision?      Yes ☐   No ☐

4.  Is the appeal still pending?        Yes ☐   No ☐

a.  If not pending, what was the decision on appeal? _____

_____

5.  Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☐

a.  If so, explain: _____

_____

- 2 -                       (W.D. Mich. Form – Last Revised: September 2021)

II.  **Parties**

A.  Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _Marcus Recharde Timmons #972749_

Place of Present Confinement _Alger Maximum Correctional Facility_

Address _N 6141 Industrial Park Drive, Munising, Michigan 49862_

Place of Confinement During Events Described in Complaint _Alger Maximum Eorretion Facility_

B.  Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _Lenix_

Position or Title _C/o_

Place of Employment _Alger Correctional Facility_

Address _N 6141 Industrial Park Drive Munising, Michigan 49862_

Official and/or personal capacity? _____

Name of Defendant #2 _Rife_

Position or Title _C/o_

Place of Employment _Alger Maximum Correctional Facility_

Address _N 6141 Industrial Park Drive Munising, Michigan 49862_

Official and/or personal capacity? _____

Name of Defendant #3 _Valiqutte_

Position or Title _C/O_

Place of Employment _Alger Maximum Correctional Facility_

Address _N 6141 Industrial Park Drive Munising, Michigan 49862_

Official and/or personal capacity? _____

Name of Defendant #4 _Osland_

Position or Title _C/O_

Place of Employment _Alger Maximum Correctional Facility_

Address _N 6141 Industrial Park Drive Munising, Michigan 49862_

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _Psychologist_

Place of Employment _Alger Maximum Correctional Facility_

Address _N 6141 Industrial Park Drive Munising, Michigan 49862_

Official and/or personal capacity? _____

(W.D. Mich. Form – Last Revised: September 2021)

## III.  Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

I Marcus R, Timmons #972749 a prisoner housed at Alger Maximum Correctional Facility. Since April·23·2024 I have been subject to poor staff conduct dating all the way back to January 24, 2025, when i was sexually assulted by C/o Lenik in route to my cell in pine unit. C/o Lenik asked me to show her my penis on her next round and she will get rid of a ticket. I grieved the matter and recieved no response. From April 12, 2025 till today July 24, 2025 i have been deprived of my out of cell activity (yard) for 90 plus days and still have not been outside. C/o Rife is responsible for this as well as Sexually assulting me by calling me a penis sucker during unit rounds in aspen unit on 7-11-25. he's been depriving me of proper telephone use the past 90 days. I've been deprived of my Mental Health Treatment by the prison Psychologist dating all the way back to May·2025. i've turned in Multiple kites and grievances regarding the matter along with proof MDOC has on record i've been diagnosed with Bipolar and ADHD since 2006. C/o Valiquette continuesly harresed me coming to my door threating me, tounting me using racial slurs at times his body Camera was turned of ranging between the dates of 7-14-25 till 7-23-25. C/o osland refused to turn in multiple grievances and body camera forms and cursed me out for asking more then once. all if this is facts, i have turned in body camera forms and grievances of all thee above situations. this poor conduct of MDOC staff has caused me irriparable damage mentally, pain and suffering from being deprived of fresh air and proper communication with my family. I am asking for Financial Compensation and no Further contact with there officers. May i note this prison is under audit for compliance with U.S department of justice national standards to prevent, Detect, and respond to prison rape under the (PREA) Act.

CMMar Tr

7-24-25

(W.D. Mich. Form – Last Revised: September 2021)

## IV. Relief

State briefly and precisely what you want the court to do for you.

Pititioner requests Compensation for irripairable damegos, pain & Suffering, denial of mental Health Treatment, denial of out of Cell Activities (yard), denial of Telephone privileges. Demanding no further Contact with all officers involved in the furmentition. and granted equal opportunity to return home to my children and loving Family. and to have my Security level lowered i've been in Confinment 90 days Straight no out of Cell octivity. i've been diagnosed with mental health issues since 2006

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☒ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

7-24-25

**Date**

**Signature of Plaintiff**

## NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)



